UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN SWARTZ, Individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No.: 1:16-cv-07488-RJS |
| | : |
| PONTE GADEA PARK, LLC , | : |
| a New York Limited Liability Company, | : |
| | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiff, Helen Swartz, by and through undersigned counsel, and informs the Court that the Plaintiff and Defendant have reached a settlement and anticipate that the settlement documents will be executed within the next thirty (30) days.

Respectfully submitted,

Dated:  March 2, 2017

*/s/  Lawrence A. Fuller*
Lawrence A. Fuller, Esq. (LF5450)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile:  (305) 893-9505
lfuller@fullerfuller.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically notice counsel for Defendant,

Bran C. Noonan, Esq., bran.noonan@akerman.com, Akerman LLP, 666 Fifth Avenue, 20th Floor, New York, NY  10103.

>*/s/  Lawrence A. Fuller*
>Lawrence A. Fuller, Esq. (LF5450)
>Fuller, Fuller & Associates, P.A.
>12000 Biscayne Boulevard, Suite 502
>North Miami, FL 33181
>Telephone: (305) 891-5199
>Facsimile: (305) 893-9505
>lfuller@fullerfuller.com
>*Attorneys for Plaintiff*

`