UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN SWARTZ,

                  Plaintiff,

-v-

PONTE GADEA PARK, LLC,

                  Defendant.

No. 16-cv-7488 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt of a letter from Plaintiff indicating that the parties have reached a settlement. (Doc. No. 16.) Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs. IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the docket with an explanation for the request. Upon receipt of such a letter, this action will be restored. IT IS FURTHER ORDERED THAT all conferences and deadlines are adjourned indefinitely. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:     March 3, 2017
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE